# United States District Court
## Violation Notice (Rev. 1/20/19)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| AL42 | 9763253 | P. THOMPSON | 834 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/31/2023 23:30
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.34 (a)(4)

Place of Offense: THE GOLDEN SPIKE SALOON

Offense Description: DISORDERLY CONDUCT — HAZMAT ☐
Factual Basis for Charge: CREATES OR MAINTAINS A HAZARDOUS OR PHYSICALLY OFFENSIVE CONDITION

### DEFENDANT INFORMATION

Last Name: SEWELL
First Name: MARLEY
MI: A

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: STICKER ATTACHED TO DEFENDANT COPY
Date: OCT. 19, 2023
Time: 10:00 AM

Defendant Signature: [signature]

Original - CVB Copy
NP23271107
*9763253*

CVB SCAN 09/19/2023 10:44
Case 4:23-po-00002-SAO   Document 2-1   Filed 10/19/23   Page 1 of 1

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on AUGUST 12, 2023 while exercising my duties as a law enforcement officer in the DENALI District of ALASKA.

— SEE ATTACHED —

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/08/2023     Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial motor vehicle involved in incident