Location Code: AL 42
Citation Number - 9763251
NPS Case Number – NP23271107
Ranger Last Name - THOMPSON

☒ AUDIO OR VIDEO PRESENT (Check Box if Yes)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8/12/2023 while exercising my duties as a law enforcement officer in the Denali District of Alaska -

Ranger PULFER and I contacted Erin HAMILTON at The Golden Spike Saloon. The Golden Spike Saloon is a bar and eatery within the boundaries of Denali National Park. HAMILTON stated a patron named Marley SEWELL was banned from the establishment after it was reported he stripped naked inside the bar on July 31, 2023.
Angela BRISCOE was the initial reporting party and primary witness of SEWELL's behavior on July 31. BRISCOE is a bartender at the Spike. BRISCOE relayed the following account to law enforcement during the investigation:
At approximately 23:30 on July 31, 2023, BRISCOE was approached by two female patrons of the Golden Spike. The females told BRISCOE SEWELL had removed all his clothing and was dancing up to them in a manner that made them uncomfortable. BRISCOE then observed SEWELL and an unidentified male engaged in a verbal altercation. SEWELL was completely naked.
BRISCOE attempted to separate SEWELL and the unidentified male. BRISCOE instructed SEWELL to put his underwear back on. SEWELL became angry and argumentative. SEWELL refused to put his clothes on, continued to argue with BRISCOE, and shouted statements to the effect of, "I can be naked in the Spike whenever I want!"
SEWELL's exposed genitals repeatedly touched BRISCOE's leg during this confrontation.

On September 8, 2023, SEWELL was issued a violation notice under 36 CFR 2.34 (a)(2).

The foregoing statement is based upon:
☐ My personal observation   ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/08/2023   _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# VIOLATION NOTICE

Case 4:23-po-00002-SAO   Document 2-2   Filed 10/19/23   Page 1 of 1